■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS GARGIULO, Appellant.— Appeal from a judgment of the County Court, Queens County, convicting appellant of grand larceny in the first degree. Judgment unanimously affirmed. No opinion. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ.

## (October 14, 1957)

■ ARTHUR J. KING, Appellant, v. TOWN OF OYSTER BAY et al., Respondents, et al., Defendant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ. Motion for reargument granted to the extent of amending the decision of this court handed down July 8, 1957 by adding after the word " witnesses " in the second paragraph thereof the following: " but not including expenses incurred in investigating or locating witnesses or for attorneys' fees other than for their appearance in court when the default occurred ". Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. [See *ante*, p. 768.]

■ JAMES F. BEGGIN, Appellant, v. CITY OF NEW YORK, Respondent.— In an action to recover damages for personal injuries alleged to have been sustained when plaintiff fell from an elevated railroad station and came in contact with an uncovered electric rail, the court dismissed the complaint at the close of plaintiff's case. The appeal is from the judgment entered thereon. Judgment unanimously affirmed, with costs. No opinion. Present — Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.